**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

**MARYLETHA MANLEY**                                                             **PLAINTIFF**

**V.**                    **NO. 1:06-CV-00037 GTE**

**R&O TRANSPORTATION, LLC, and
BENJAMIN LOCKHART**                                      **DEFENDANTS**

## ORDER OF DISMISSAL

The parties having advised that this case has been resolved by agreement,

IT IS THEREFORE ORDERED that the Complaint in this matter be, and it is hereby,

DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this __19th__ day of January, 2007.

                                                     ___/s/Garnett Thomas Eisele_____
                                                     UNITED STATES DISTRICT JUDGE